IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    MARCUS SLETTEN,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Change of Plea Hearing is reset for **August 26, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on August 24, 2010. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing.

Dated: June 29, 2010