IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

           Plaintiff,

v.

**1.      MARCUS SLETTEN,**

           Defendant.

---

**MINUTE ORDER CHANGING TIME OF HEARING**

---

Judge John L. Kane **ORDERS**

    The time of the Change of Plea Hearing is changed to **August 26, 2010 at <u>11:00 a.m.</u>** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  June 30, 2010