IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    MARCUS SLETTEN,**

        Defendant.

---

**MINUTE ORDER CHANGING TIME OF HEARING**

---

Judge John L. Kane **ORDERS**

The time of the Change of Plea Hearing is changed to **August 26, 2010 at <u>10:30 a.m.</u>** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  August 18, 2010