IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

           Plaintiff,

v.

**1.    MARCUS SLETTEN,**

           Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Sentencing Hearing is set for **January 10, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  November 5, 2010