IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.  MARCUS SLETTEN,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing is reset for **February 24, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  December 29, 2010