IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**1. MARCUS SLETTEN**,

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

On December 29, 2010, I granted the government's motion for immediate revocation of defendant's pretrial release and ordered a warrant for the arrest of defendant Marcus Sletten for the purpose of bringing the defendant before this Court for a hearing under 18 U.S.C. §§ 3148, 3142, and 3143. That hearing is scheduled before Magistrate Judge Michael J. Watanabe on January 5, 2011 at 1:30 p.m. in Courtroom A502. I will not conduct a hearing on the issues related to defendant's detention.

Dated: January 3, 2011