IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**1. MARCUS SLETTEN**,

      Defendant.

## ORDER

Kane, J.

      This matter is before me on the Government's Amended Motion for Stay and Review of Magistrate Judge Watanabe's Release Order (doc. 46).  Pursuant to 18 U.S.C. § 3145(a), this matter is SET FOR A HEARING at 10:00 a.m. on January 10, 2011 in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  Furthermore, in light of the grave nature of the potential risk Defendant poses to his own safety, Magistrate Judge Watanabe's Release Order is STAYED pending my review.

Dated:  January 7, 2011                              BY THE COURT:

                                                                          **/s/ John L. Kane**
                                                                          SENIOR U.S. DISTRICT JUDGE