IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**1.    MARCUS SLETTEN,**

          Defendant.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing is re-set for **May 13, 2011 at 10:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  March 2, 2011