IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-225-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    MARCUS SLETTEN,**

        Defendant.

**MINUTE ORDER**
*Changing Time of Hearing*

Judge John L. Kane **ORDERS**

The time of the Sentencing Hearing set for May 13, 2011 is changed to **10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  May 5, 2011