**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam          Date:  May 13, 2011
Court Reporter: Kara Spitler
Probation Officer: Veronica Ramirez

Criminal Action No.: 10-cr-00225-JLK

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                          Judith A. Smith

        Plaintiff,

v.

MARCUS SLETTEN,                                    Brian R. Leedy

        Defendants.

─────────────────────────────────────────────────────────────

**SENTENCING MINUTES**

─────────────────────────────────────────────────────────────

**10:04 a.m.    Court in session.**

Court calls case.  Defendant present in custody on bond.  Also present, Nick Vanicelli
FBI.

**ORDERED:  Government's Motion To Dismiss The Indictment (Filed 5/12/11; Doc.
No. 59) is GRANTED.**

Preliminary remarks by the Court regarding guideline calculations.

**ORDERED:  Defendant's Motion For Below-Guideline Statutory Sentence (Filed
4/29/11; Doc. No. 53) is DENIED as MOOT.**

10:18 a.m.    Government's witness, Special Agent Nick Vanicelli, called and sworn.
              Direct examination begins by Ms. Smith.

**Government's Exhibits 8 through 11 offered and admitted.**

Government's Exhibits 8 through 11 tendered to the Court for review.

*10-cr-00225-JLK*
*Sentencing*
*May 13, 2011*

10:24 a.m.     Continued direct examination by Ms. Smith.

**Government's Exhibit 7 offered and accepted.**

10:31 a.m.     Continued direct examination by Ms. Smith.

**Government's Exhibit 1 offered and accepted.**

10:37 a.m.     Continued direct examination by Ms. Smith.

**Government's Exhibit 2 offered and accepted.**

10:41 a.m.     Continued direct examination by Ms. Smith.

**Government's Exhibit 3 offered and accepted.**

10:46 a.m.     Continued direct examination by Ms. Smith.

**Government's Exhibit 4 offered and accepted.**

10:48 a.m.     Continued direct examination by Ms. Smith.

**Government's Exhibit 5 offered and accepted.**

10:53 a.m.     Continued direct examination by Ms. Smith.

**Government's Exhibit 6 offered and accepted.**

11:14 a.m.     Continued direct examination by Ms. Smith.

11:21 a.m.     Cross examination begins by Mr. Leedy.

11:26 a.m.     Redirect examination by Ms. Smith.

11:30 a.m.     Re-cross examination by Mr. Leedy.

11:31 a.m.     Witness excused.

**Change of Plea Hearing:     August 26, 2010.**

**Defendant plead guilty to Count One of the Information.**

*10-cr-00225-JLK*
*Sentencing*
*May 13, 2011*

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

12:29 p.m.    Comments and rulings by the Court.

## THE DEFENDANT IS SENTENCED AS FOLLOWS:

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **100 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on **supervised release for a term of life**.

**Conditions of supervised release:**

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm or destructive device.

(X)    Defendant shall comply with the standard conditions adopted by the Court.

(X)    Defendant shall not illegally possess controlled substances.

(X)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and as many periodic drug tests thereafter during the lifetime of supervised release as is required or requested by the Probation Officer for use of a controlled substance.

(X)    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

(X)    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

(X)    Defendant shall comply with the requirement of the Sex Offender Registration and Notification Act, Title 42 U.S.C.

(X)    Defendant shall register as a sex offender in any state where he resides, is employed carries on a vocation or is a student.

(X)    If the judgment in this case imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

3

**Special conditions of supervised release:**

(X)     Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer

(X)     Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.

(X)     The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.

(X)     Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

(X)     Defendant shall participate in an approved program of Sex Offender Evaluation and Treatment which may include polygraph, plethysmograph or Abel examination as directed by the probation officer. The defendant will be required to pay the cost of such evaluations or treatments as directed by the probation officer. The defendant shall comply with the treatment program's rule as specified by the treatment agency and, if required by the program, the defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.

(X)     The probation officer is authorized to release psychological reports and/or the presentence report to the treating agency for continuity of treatment.

(X)     Defendant be shall not access any internet sites that contain child pornography.

(X)     Defendant shall not communicate via computer, or otherwise, with any person that the defendant has reason to believe is a minor concerning anything related to child pornography or sexual activity involving minors.

(X)     Defendant shall allow the probation officer to make periodic unannounced examinations at any reasonable time of any computer or internet access device used by him except a computer owned by the defendant's employer and not located at the defendant's residence.

(X)     Defendant shall, upon demand, immediately provide the probation officer with any password required to access data or programs on such computers or devices and shall allow the probation officer to copy

4

> information which the probation officer believe may be evidence of a law
> violation or a technical violation of the condition of supervised release.
>
> (X)    Defendant shall allow the probation officer to install site blocking software
> if deemed appropriate by the probation officer on any computer used by
> him.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the amount of $1000.00 to

James Marsh
PO Box 4668 #65135
New York, NY 10163-4668

This obligation shall be due and payable during the period of incarceration, with any
unpaid balance being paid during the term of supervised release as directed by the
probation officer.  Installment payment will be calculated as at least 10 percent of the
Defendant's gross monthly income.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

The Court takes note of Mr. Leedy's objection to the sentence imposed.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the
District of Colorado.

**12:45 pm.     Court in recess.**
Hearing concluded.
Total in-court time: **2 hours 41 minutes**